UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM PADELFORD, as
Personal Representative of the
Estate of MICHAEL CARICO**

   **Plaintiff,**

**v.**               Case No. 8:03-cv-2636-T-TBM

**FORD MOTOR COMPANY,**

   **Defendant.**
_____/

## O R D E R

THIS MATTER is before the court on the Plaintiff's **Unopposed Motion for Remand to State Circuit Court for the Twelfth Judicial Circuit or Alternatively to Approve Settlement** (Doc. 55).

Previously, upon filing of the Plaintiff's Notice of Settlement (Doc. 52), this court entered an Order administratively closing the file and dismissing the case pursuant to Local Rule 3.08, subject to the right of any party to reopen the action within sixty days or to submit a stipulated form of final order or judgment. See (Doc. 53). Neither party has sought to reopen the case nor submitted a stipulated final order or judgment. Instead, Plaintiff filed the instant motion by which he seeks an Order remanding this action to the Circuit Court for approval of the distribution to the minor children of the decedent under the settlement. Plaintiff advises that the Circuit Court has previously appointed a guardian ad litem, received a guardian ad litem report, and conducted preliminary proceedings on the appropriateness of settlement. Plaintiff represents that the Defendant does not oppose the instant motion.

Under these circumstances, the court finds that a remand of this action to the Circuit Court is appropriate and would serve the interests of judicial economy. Accordingly, it is **ORDERED** that Plaintiff's **Unopposed Motion for Remand to State Circuit Court for the Twelfth Judicial Circuit or Alternatively to Approve Settlement** (Doc. 55) is **GRANTED**. The Clerk is directed to reopen the file to effectuate the remand of this matter to the Circuit Court for the Twelfth Judicial Circuit in and for Manatee County, Florida, for further proceedings regarding the settlement. Thereafter, the Clerk is directed to terminate all pending motions and close the file.

**Done and Ordered** in Tampa, Florida, this 8th day of June 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record